IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGIONS BANK,**

    Plaintiff,

vs.        CASE NO. 4:10 cv 109 RH/WCS

**THE VILLAGE CONDOMINIUMS, LLC,**
a Florida Limited Liability Company;
**PETER S. ROSEN; MICHAEL A. PAGOZALSKI;**
**THE VILLAGE CONDOMINIUMS ASSOCIATION, INC.**

    Defendants.

---

### NOTICE OF FILING SEALED ATTORNEYS' FEE RECORDS AND SUMMARY OF TIME RECORDS FOR REGIONS BANK

Plaintiff, Regions Bank, by and through its undersigned counsel, and pursuant to Local Rule 54.1(B) hereby submit its summary of attorneys' and non-attorneys' time expended on behalf of Plaintiff in this action from December 1, 2009, to March 31, 2010.

**Attorney Time:**

| | |
|---|---|
| Scott A. Remington (SAR) | 7.5 hours |
| Megan E. Fortson (MEF) | 6.6 hours |
| Total Attorney Time: | 14.1 hours |

**Non-Attorney Time:**

| | |
|---|---|
| Lorilee J. Corbett (LJC) | 7.4 hours |
| Total Non-Attorney Time: | 7.4 hours |

{A0641095.DOC }

**Total Time:**                                     **21.5 hours**

The summary of the aforementioned attorney time records is being filed herewith under seal, as provided by Local Rule 54.1(B)(4).

Respectfully submitted, this 15th day of April, 2010.

                                                    Respectfully submitted,


                                                    /s/ Megan E. Fortson
                                                    **SCOTT A. REMINGTON**
                                                    Fla. Bar. No. 122483
                                                    **MEGAN E. FORTSON**
                                                    Fla. Bar No. 0058608
                                                    CLARK, PARTINGTON, HART, LARRY,
                                                      BOND & STACKHOUSE
                                                    P. O. Box 13010
                                                    Pensacola, FL  32591-3010
                                                    Tel:   850-434-9200
                                                    Fax:   850-432-7340
                                                    mfortson@cphlaw.com