IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGIONS BANK,

    Plaintiff,

vs.                            CASE NO. 4:10cv109-RH/WCS

THE VILLAGE CONDOMINIUMS, LLC,
a Florida Limited Liability Company;
PETER S. ROSEN;
MICHAEL A. PAGOZALSKI;
THE VILLAGE CONDOMINIUMS ASSOCIATION, INC.,

    Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

I HEREBY DISCLOSE the following pursuant to this Court's Order for Corporate Disclosure Statement and state as follows:

1.    THE VILLAGE CONDOMINIUMS, LLC, is currently owned by Peter S. Rosen, an individual, and Michael A. Pagozalski, an individual, and there are no such parent corporations or publicly-held corporations that own ten percent (10%) or more of the Defendant's limited liability company.

**RESPECTFULLY SUBMITTED** this 21st day of June, 2010.

_____
RONALD A. MOWREY
Florida Bar No. 0122006
GREGORY A. MAY
Florida Bar No. 0026544
MOWREY LAW FIRM, P.A.
515 North Adams Street
Tallahassee, Florida 32301-1111
Telephone:    850/222-9482
Facsimile:    850/561-6867
ATTORNEYS FOR DEFENDANTS
THE VILLAGE CONDOMINIUMS, LLC,
PETER S. ROSEN, MICHAEL A.
PAGOZALSKI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to **Megan E. Fortson, Esq.,** Clark, Partington, Hart, Larry, Bond & Stackhouse, 125 West Romana Street, Suite 800, Pensacola, FL 32502 by U.S. Mail this 21st day of June, 2010.

_____
GREGORY A. MAY

J:\OPEN\Pagozalski & Rosen\#10-113 Village Condos, LLC (Pagozalski & Rosen) - Regions v\Pleadings\Corporate Disclosure Statemt 6-21-10g.wpd