IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGIONS BANK,

    Plaintiff,

vs.                                                                                                                      CASE NO.: 4:10 cv 109 RH/WCS

THE VILLAGE CONDOMINIUMS, LLC,
A Florida Limited Liability Company;
PETER S. ROSEN; MICHAEL A. PAGOZALSKI;
THE VILLAGE CONDOMINIUMS ASSOCIATION,
INC.,

    Defendants,

and

PROBANK,
536 North Monroe Street
Tallahassee, Florida 32301

    Garnishee.

_____/

## GARNISHEE'S MOTION FOR ATTORNEYS' FEES

COMES NOW, PRO BANK ("Garnishee"), and hereby requests that this Court: (i) enter an Order instructing the Registry of the Court to pay to Garnishee the $100 which Regions Bank ("Plaintiff Regions") has paid into the Registry of the Court pursuant to Section 77.28, *Florida Statutes*; and (ii) upon rendering a Final Judgment in favor of Plaintiff Regions, determine Garnishee's costs and expenses, including reasonable attorney's fees and enter an Order against Plaintiff Regions, awarding that amount to Garnishee, and in support thereof Garnishee states:

    1.    On December 10, 2010, Plaintiff served Garnishee with a Writ of Garnishment.

    2.    Garnishee has retained the law firm of Igler & Dougherty, P.A. to represent Garnishee in this action and is obligated to pay Igler & Dougherty, P.A. reasonable attorney's fees.

Case 4:10-cv-00109-RH-WCS   Document 44   Filed 12/16/10   Page 2 of 3

3. Garnishee will also incur costs and expenses in regard to this action.

4. Plaintiff Regions has deposited $100 into the Registry of the Court pursuant to Section 77.28, *Florida Statutes*.

5. Pursuant to Section 77.28, Garnishee is entitled to receive that $100 deposit as an advance for attorney's fees it shall incur in this action.

6. Section 77.28 further provides that upon rendering a Final Judgment in favor of Plaintiff Regions, the Court shall determine Garnishee's costs and expenses, including reasonable attorneys' fees and enter an Order against Plaintiff Regions, awarding that amount to Garnishee.

**WHEREFORE**, Garnishee, PROBANK, requests this Court: (i) enter an Order instructing the Registry of the Court to pay to Garnishee the $100 which Plaintiff Regions has paid into the Registry of the Court pursuant to Section 77.28, *Florida Statutes*; and (ii) upon rendering a Final Judgment, determine Garnishee's costs and expenses, including reasonable attorney's fees and enter an Order against Plaintiff Regions, awarding that amount to Garnishee.

RESPECTFULLY SUBMITTED this 16th day of December, 2010.

**IGLER & DOUGHERTY, P.A.**

_____
Edward W. Dougherty, Jr., Esq.
Florida Bar No: 0338990
**IGLER & DOUGHERTY, P.A.**
2457 Care Drive
Tallahassee, FL 32308
T: (850) 878-2411
F: (850) 878-1230
Email: ewd@idlaw.biz
*Counsel for Garnishee ProBank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I have electronically filed the above-referenced document with the Clerk, United States District Court for the Northern District of Florida, and have furnished by U.S. Mail, postage prepaid, to the parties addressed below this 16th day of December, 2010.

Megan Fortson Fry, Esq.
Scott Alexander Remington, Esq.
125 West Romana Street
Suite 800
Pensacola, FL 32502
(*Counsel for Regions Bank*)

Ronald Aaron Mowrey, Esq.
Gregory Alan May, Esq.
Mowrey Law Firm, P.A.
515 N. Adams Street
Tallahassee, FL 32301
(*Counsel for Village Condominiums,
Michael Pagozalski and Peter Rosen*)

_____
Edward W. Dougherty, Jr., Esq.